# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2459 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Richard Allen Nugent vs. Michael J. Astrue, Commissioner of Social Security | | |

**DOCKET ENTRY TEXT**

After careful review, plaintiff's application to proceed in forma pauperis [4] is granted. The parties are directed to confer and file a joint status report on or before 7/2/2008 which addresses the following topics: (1) whether an agreed remand order is necessary in this case; (2) what type of agreed briefing schedule is appropriate for this appeal; and (3) whether the parties will consent to the general jurisdiction of the magistrate judge.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|